

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SR: CMM: SRL
USAO File # 2011V00253

*271 Cadman Plaza East-7th Floor*
*Brooklyn, N.Y. 11201*

June 2, 2011

**VIA ECF W/OUT COURTESY COPY**

The Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Enny Akinde and Kayode Adegoke v. United States of America, et al.*
              No. 1:10-CV-5472-FB-SMG

Dear Chief Magistrate Judge Gold:

    This office represents the United States of America ("United States") and former United States Secret Service Special Agents Nathan Peachy and George Sheraton (collectively the "Federal Defendants") in connection with the above-referenced action. Further to the Court's May 26, 2011 Order, the undersigned writes to advise that the Federal Defendants have no objection to consolidation of this matter with the matters styled *Akinde v. City of New York*, CV-10-2076-FB-SMG, and *Adegoke v. City of New York, et al.*, CV-10-5472-FB-SMG, for purposes of discovery and trial.

    We thank the Court for its time and consideration herein.

                         Respectfully submitted,

                         LORETTA E. LYNCH
                         United States Attorney

       BY:    /s/ *Scott R. Landau*
                         Scott R. Landau (SL 3778)
                         Assistant U.S. Attorney
                         (718) 254-7035
                         Scott.Landau@usdoj.gov

cc:    The Honorable Frederic Block (via ECF w/ courtesy copy)
        United States District Judge
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201

Christopher Wright, Esq. (via ECF)
Robert Marinelli, Esq.
305 Broadway, 14th Floor
New York, New York 10007

Qiana Charmaine Smith-Williams, Esq. (via e-mail)
New York City Law Department
100 Church Street
New York, NY 10007
qwilliam@law.nyc.gov